UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**K-BEECH, INC.,**

    **Plaintiff,**

**V.**                                            **Case No: 2:11-CV-358-FtM-99SPC**

**JOHN DOES 1-57,**

    **Defendants.**
_____/

## ORDER

This matter comes before the Court on Plaintiff's Motion to Reschedule Hearing on Motion for Default Judgment against John Doe 34 n/k/a David Colby, John Doe 38 n/k/a Marco Figueroa (Doc. #55) filed on June 15, 2012. The Court previously set a hearing on Plaintiff's Motion for Default Judgment (Docs. #46, 53) for June 28, 2012 at 9:00 a.m. Plaintiff counsel informs the Court that he has a conflict on this date and will be unable to attend the hearing. Therefore, the Court finds good cause to reschedule the hearing for a later date. As discussed in its previous Order, Plaintiff may submit affidavits, declarations, or other evidence to the Court to support its damages and attorney's fees claims prior to the hearing.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff's Motion to Reschedule Hearing on Motion for Default Judgment against
    John Doe 34 n/k/a David Colby, John Doe 38 n/k/a Marco Figueroa (Doc. #55) is

**GRANTED**.  The hearing previously set for June 28, 2012 at 9:00 a.m. is **CANCELLED**.  The Clerk of Court is directed to remove the hearing from the Court's calendar and note the cancellation on the docket.

(2) The hearing on Plaintiff's Motion for Default Judgment (Doc. #46) is rescheduled for **July 9, 2012 at 1:30 p.m.** before the undersigned in Courtroom 5D at the United States Courthouse and Federal Building, 2110 First Street, Fort Myers, Florida 33901.

(3) Plaintiff shall have up to and including **July 2, 2012** to submit affidavits, declarations, or other evidence to the Court in support of its damages and attorneys' fees and costs claims.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th Day of June, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record

David Colby
3302 Glenwood Circle
Holiday, FL 34691

Marcos Figueroa
18208 Tivoli Lane
Lutz, FL 33558